# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SHURAY WELLS

NO. 2021 KW 1434

**JANUARY 21, 2022**

---

In Re:    Shuray Wells, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 06-17-0546.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED AS MOOT.**  The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
acted on relator's "Response to out of time appeal" on January
12, 2022.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT